**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SIDNEY S. GLYNN, *et al.*,

     Plaintiff(s),

v.                                                                    CASE NO:  8:08-cv-1418-T-26TBM

ACCOUNTS RECEIVABLE
MANAGEMENT, INC., *et al.*,

     Defendant(s).
_____/

**O R D E R**

The Court has been advised by **counsel for the parties** that the above-styled action has

been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without

prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to

submit a stipulated form of final order or judgment should they so choose **or** for any party to

move to reopen the action, *upon good cause shown*.  After that 60-day period, however,

dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is

**directed** to close the file.

**DONE AND ORDERED** at Tampa, Florida, on July 6, 2010.


       s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record